IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TROY DEMAR,**

    **Plaintiff,**

**v.**                                                       Civil Action No. 3:23cv795

**UNKNOWN,**

    **Defendant.**

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* submitted this action. The Complaint in this action fails to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> (a) Claim for Relief. A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff fails to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. Accordingly, by Memorandum Order entered on April 5, 2024, the Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to submit a complaint that complies with Federal Rule of Civil Procedure 8(a). (ECF No. 12, at 1.)

2

More than thirty (30) days have elapsed since the entry of the April 5, 2024 Memorandum Order. Plaintiff failed to submit an appropriate complaint or otherwise respond. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

Date: 7/3/2024  
Richmond, Virginia

/s/ MHL  
M. Hannah Lauck  
United States District Judge